Case 7:22-mj-01016   Document 1   Filed on 05/21/22 in TXSD   Page 1 of 1

United States Courts Southern
District of Texas
FILED

May 21, 2022

Nathan Ochsner, Clerk of Court

AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

__SOUTHERN__   DISTRICT OF __TEXAS__
McALLEN DIVISION

UNITED STATES OF AMERICA
V.
Israel Umana-Ayala

## CRIMINAL COMPLAINT

Case Number: M-22-1016-M

IAE   YOB: 1975
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

On or about __May 19, 2022__ in __Hidalgo__ County, in the __Southern__ District of __Texas__
(Track Statutory Language of Offense)

the defendant being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near La Joya, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title __8__ United States Code, Section(s) __1326__ (Felony)

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

Israel Umana-Ayala was encountered by Border Patrol Agents near La Joya, Texas on May 19, 2022. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on May 19, 2022, near Hidalgo, Texas. Record checks revealed the defendant was formally Deported/Excluded from the United States on March 22, 2019, through Houston, Texas. Prior to Deportation/Exclusion, the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security.

On July 13, 2017, the Defendant was convicted of Sexual Assault of a Child and sentenced to five (5) years confinement.

Continued on the attached sheet and made a part of this complaint:   ☐ Yes  ☒ No

Complaint authorized by AUSA E. Flores
Submitted by reliable electronic means, sworn to and attested telephonically per Fed. R. Cr.P.4.1, and probable cause found on:

May 21, 2022 at 11:40 a.m.

/S/   Jose E. Diaz
Signature of Complainant

Jose E. Diaz   Border Patrol Agent

J. Scott Hacker  , U.S. Magistrate Judge
Name and Title of Judicial Officer

Signature of Judicial Officer